

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2018

No. 04-16-00065-CV

Hugo Xavier **DE LOS SANTOS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20086
The Honorable Tonya Parker, Judge Presiding

## O R D E R

On October 16, 2018, Hugo de los Santos filed a "Motion to Reduce Sanctions per Supreme Court Guidelines." On October 19, 2018, de los Santos filed a "Supplemental Motion to Reduce Sanctions per Supreme Court Guidelines and Motion to Recall Mandate."

Our opinion in de los Santos's appeal issued on May 17, 2017. We denied de los Santos's motion for rehearing on August 3, 2017, and we denied his motion for en banc reconsideration on December 5, 2017. The Texas Supreme Court denied review on April 13, 2018, and denied rehearing on September 28, 2018. Mandate issued in this appeal on October 3, 2018. This court's plenary power to consider the relief sought by de los Santos has expired. *See* TEX. R. APP. P. 19.1.

Accordingly, de los Santo's motion to reduce sanctions is DISMISSED FOR LACK OF JURISDICTION, and de los Santos's motion to recall mandate is DENIED. *See* TEX. R. APP. P. 18.7, 19.3(b).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court